Case 2:18-cv-06108-SJF-SIL   Document 17   Filed 07/01/19   Page 1 of 1 PageID #: 84

**FILED
CLERK**

11:18 am, Jul 01, 2019

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DENIS SORTO, on behalf of himself and all other
persons similarly situated,

                Plaintiffs,                18-CV-6108 (SJF) (SIL)

-against-

MONCON, INC. and STEPHEN MCKERNAN,

                Defendants.
-----------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that: the Negotiated Settlement Agreement and Limited Release in this matter having been reviewed by the Court and found to be fair and reasonable, (1) the Agreement and Release should be and is approved;* (2) Plaintiffs' Fair Labor Standards Act and related state law claims, which were the subject of a *bona fide* dispute, are hereby dismissed with prejudice; and (3) as no further claims remain in the Complaint, the Complaint is dismissed with prejudice.

| | |
|---|---|
| LAW OFFICE OF PETER A. ROMERO PLLC | COLE SCHOTZ P.C. |
| /s/ *Peter A. Romero, Esq.* | /s/ *Jason Robert Finkelstein* |
| 825 Veterans Highway, Suite B | 1325 Sixth Avenue Suite 1900 |
| Hauppauge, New York 11788 | New York, New York 10019 |
| (631) 257-5588 | (212) 752-8000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

*<u>except that</u>, notwithstanding the language in ¶6 of the Settlement Agreement, the Court declines to retain jurisdiction over this matter for the sole purpose of enforcing the Settlement Agreement (should such enforcement ultimately be necessary). *See Brandner Corp. v. V-Formation, Inc.*, 98 F. App'x 35, 37 (2d Cir. 2004) ("As a general rule, a federal district court does not retain jurisdiction to enforce a settlement agreement . . . ."); *see also Bryant v. Emigrant Mortg. Co., Inc.*, No. 10-cv-0102, 2011 WL 3876978, at *6 (E.D.N.Y. Aug. 31, 2011) (stating that disputes over federal settlements, even those that resolve federal claims, are "quintessentially . . . of contractual interpretation and performance and wholly governed by state law").

The July 2, 2019 hearing is marked off the calendar.

SO ORDERED on this 1st day of July, 2019 at Central Islip, N.Y.

      s/ Sandra J. Feuerstein
      U.S.D.J.